Case 3:16-bk-32010-SHB    Doc 40-1    Filed 05/09/22    Entered 05/09/22 13:30:56    Desc
Exhibit Affidavits of Professional Persons    Page 1 of 4

EXHIBIT
A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

IN RE:

TED CASTLEBERRY,
DONNA MAY CASTLEBERRY,
    Debtors.

Case No. 3:16-32010-SHB
Chapter 7

### AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF CALIFORNIA
COUNTY OF MARIN

    PERSONALLY appeared before the undersigned authority, Steven J. Brady, with the Brady Law Group, with whom I am personally acquainted, and who, after being duly sworn in accordance with law, made oath as follows:

1. Steven J. Brady is an employee of the Brady Law Group a law firm.

2. Affiant has reviewed the case file of the above estate. Affiant qualifies to serve as consultant for the debtor in possession.

3. Affiant and the members of his law firm are familiar with the requirements of 11 U.S.C. §101(14) defining disinterested persons. Affiant and the members of their firm do not hold or represent any interest adverse to the estate as defined therein.

4. Affiant has reviewed the collection needs of the estate. Affiant and the members of his firm are qualified to perform the services. Affiant is willing to perform the services in exchange for 40% of any recovery[1].

---

[1] I understand that my firm has been retained as co-counsel with the Shapiro Law Group, and the total fee is limited to 40% of any recovery. My firm has agreed that its fee will be limited to 95% of that recovery.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Marin

Subscribed and Sworn to (or affirmed) before me on this 1st day April of 2022, by
- Steven J. Brady -, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                                   Signature M. Andrew



M. ANDREW
Notary Public - California
Marin County
Commission # 2243756
My Comm. Expires May 24, 2022

*IN THE UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**TED CASTLEBERRY,**　　　　　　　　　　　　　　Case No. 3:16-32010-SHB
**DONNA MAY CASTLEBERRY,**　　　　　　　　　Chapter 7
Debtors.

## AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF NEW YORK
COUNTY OF NEW YORK

PERSONALLY appeared before the undersigned authority, Mark Shapiro, with the Shapiro Legal Group, PLLC, with whom I am personally acquainted, and who, after being duly sworn in accordance with law, made oath as follows:

1. Mark Shapiro is a principal of the Shapiro Legal Group, PLLC a law firm.

2. Affiant has reviewed the case file of the above estate. Affiant qualifies to serve as consultant for the debtor in possession.

3. Affiant and the members of his firm are familiar with the requirements of 11 U.S.C. §101(14) defining disinterested persons. Affiant and the members of their firm do not hold or represent any interest adverse to the estate as defined therein.

4. Affiant has reviewed the collection needs of the estate. Affiant and the members of his firm are qualified to perform the services. Affiant is willing to perform the services in exchange for 40% of any recovery[1].

---

[1] I understand that my firm has been retained as co-counsel with the Brady Law Group, and the total fee is limited to 40% of any recovery. My firm has agreed that its fee will be limited to 5% of that recovery.

Respectfully submitted,

_____
Mark Shapiro

## OATH

STATE OF NEW YORK       )
                        )   ss.
COUNTY OF ~~NEW YORK~~ WESTCHESTER )

  Personally appeared before the undersigned authority, a Notary Public in and for said County and State, Mark Shapiro, and who acknowledged, after being duly sworn, that the statements in the foregoing document are true to the best of his knowledge, information and belief.

  Witness my hand and official seal at office in WESTCHESTER State of __N.Y__, this the __7__ day of __APRIL__, 2022.

Notary Public _Jacqueline Anfiteatro_

My Commission Expires: __4-5-25__

JACQUELINE ANFITEATRO
Notary Public, State of New York
Registration No 01AN6416036
Qualified in Westchester County
Commission Expires April 5, 2025